NO.
12-07-00242-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

§          

THE OFFICE OF THE 

ATTORNEY GENERAL OF TEXAS,        §          ORIGINAL
PROCEEDING

RELATOR     

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

            On August
15, 2007, this court delivered an opinion conditionally granting the petition
for writ of mandamus filed by the Office of the Attorney General of Texas as
relator.  That opinion ordered Respondent
to vacate his order signed on June 26, 2007 granting Dale Eugene Duke’s request
for genetic testing.  Subsequently, on
August 27, 2007, Respondent signed an order complying with this court’s order
and opinion of August 15, 2007.

            All issues
attendant to this original proceeding having been disposed of, this mandamus
proceeding has now been rendered moot; therefore, the writ need not issue.  Accordingly, this original proceeding is dismissed.

                                                                                                     BRIAN HOYLE    

                                                                                                               Justice

 

Opinion delivered August 31,
2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

(PUBLISH)